Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 2:14-cv-02721 JAM CKD** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER** |
| **Magellan Post No. 64, The American Legion, Department of California, et al.,** | |
| **Defendant.** | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, **_without prejudice,_**
defendant Magellan Post No. 64, The American Legion, Department of California, individually and
d/b/a American Legion Magellan Hall 604.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 10, 2015       _/s/  Thomas P. Riley_

**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL; AND ORDER (Proposed)**
**CASE NO. 2:14-cv--02721-JAM-CKD**
**PAGE 1**

## ORDER

It is hereby ordered that civil action number 2:14-cv-02721-JAM-CKD styled *J & J Sports Productions, Inc. v. Magellan Post No. 64, The American Legion, Department of California, et al.*, is dismissed ***without prejudice***.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated: 4/10/2015

/s/ John A. Mendez_____
**THE HONORABLE JOHN A. MENDEZ**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 10, 2015, I served:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Magellan Post No. 64, The American Legion, Department of California (Defendant)
8831 Gerber Road
Sacramento, CA 95829

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 10, 2015, at South Pasadena, California.

Dated: April 10, 2015                    */s/ Stefanie Martinez*
                                          **STEFANIE MARTINEZ**

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL; AND ORDER (Proposed)
CASE NO. 2:14-cv--02721-JAM-CKD
PAGE 3**